UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NADYA GONOPOLSKY,

        Plaintiff,

-vs-                                   Case No. 6:06-cv-1857-Orl-28KRS

YULIYA KORCHAK, ALEXANDER
DUBINSKI, LAFLAT MANAGEMENT,
LLC,

        Defendants.

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Entry of Final Judgment After Default (Doc. No. 17) filed June 29, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 17, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion for Final Judgment After Default is **GRANTED in part.**

3. Default judgment is hereby entered against Defendants Yuliya Korchak, Alexander Dubinski and Laflat Management, LLC on the breach of contract cause of action.

4. The Defendants, Yuliya Korchak, Alexander Dubinski and Laflat Management, LLC are ordered to pay, jointly and severally, to Plaintiff, Nadya Gonopolsky, damages in the amount of $120,000.00.

5. The Amended Motion for Final Judgment After Default is denied in all other respects.

6. The Clerk is directed to enter judgment in accordance with this Order and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of November, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party